IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEIDA JISELL VERDUGO VIZCARRA,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | 8:25CV78<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 16.) Having considered the matter, the Court will accept the Voluntary Dismissal. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 18th day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge